**Order entered September 15, 2021**



In The
## Court of Appeals
## Fifth District of Texas at Dallas

No. 05-21-00770-CR

**MARLON JUAN LALL, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 382nd Judicial District Court**
**Rockwall County, Texas**
**Trial Court Cause No. 2-21-0335**

## ORDER

Appellant timely filed his pro se notice of appeal in the above case. We **ORDER** the trial court to conduct a hearing to determine whether appellant is indigent and entitled to court-appointed counsel in this appeal. If the trial court finds that appellant is entitled to court-appointed counsel, we **ORDER** the trial court to appoint an attorney to represent appellant in the appeal. If the trial court finds that appellant is not entitled to court-appointed counsel, the trial court shall

determine whether appellant will retain counsel to represent him in the appeal and, if so, the name, State Bar number, and contact information for retained counsel.

We **ORDER** the trial court to transmit any record of the hearing on counsel, including findings of fact, any orders, and any supporting documentation, to this Court within **THIRTY DAYS** of the date of this order.

We **ORDER** District Clerk Lea Carlson to file a supplemental clerk's record containing the appointment of counsel within **THIRTY DAYS** of the date of this order.

We **DIRECT** the Clerk to send copies of this order to the Honorable Brett Hall, Presiding Judge, 382nd Judicial District Court; to Lea Carlson, Rockwall County District Clerk; and to the Rockwall County District Attorney's Office, Appellate Division.

We **ABATE** the appeal to allow the trial court an opportunity to comply with this order. It will be reinstated when the supplemental clerk's record is filed or the Court deems it appropriate to do so.

/s/     ERIN A. NOWELL
        JUSTICE